# Brittany Haddox

| | |
|---|---|
| **From:** | Brittany Haddox |
| **Sent:** | Tuesday, August 04, 2015 10:12 AM |
| **To:** | Krinsky, Erin J. (Atlanta) (Erin.Krinsky@jacksonlewis.com) |
| **Cc:** | 'Van Dyke, C. Todd (Atlanta)'; 'Sanderfer, Roxanne E. (Atlanta)'; Terry N. Grimes |
| **Subject:** | Sandra Davis v. Lendmark Financial |

Erin,

In receipt of Lendmark's motion to compel arbitration. In order to respond to the motion, we will need to depose Kristen Stapp (the affiant). Please provide available dates for her deposition.

In addition, we just received the scheduling letter from the clerk [ECF 14]. I reached out to Sue Depuy to get available dates for trial. I anticipate this case can be tried in three days, but if you think we need to set it for longer let me know. The dates the Court has are as follows:

1) April 4-8, 2016
2) May 16-20, 2016 (we will be second case on that week)
3) June 6-10, 2016 (we will be second case on that week)

Please let me know if any of these dates work for you.

Brittany Haddox, Esq.
Terry N. Grimes, Esq., P.C.
bhaddox@terryngrimes.com
320 Elm Avenue, SW
Roanoke, Virginia 24016
540-982-3711, Ext. 311
540-345-6572 facsimile

NOTICE: This message and its attachments are confidential and may be protected by the attorney/client privilege. If you have received this message in error, please notify the sender immediately by email and delete and destroy this message and all attachments.