IN THE
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SANDRA M. DAVIS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Case No. 7:15-cv-131 |
| LENDMARK FINANCIAL SERVICES, LLC, | ) |
| Defendant. | ) |

**SUPPLEMENTAL DEMAND FOR JURY TRIAL PURSUANT TO 9 U.S.C. § 4**

Plaintiff, Sandra Davis, hereby demands trial by jury trial pursuant to Section 4 of the Federal Arbitration Act, 9 U.S.C. § 4. In addition to filing this demand, plaintiff previously moved for trial by jury trial in her complaint [ECF 1], in her Memorandum in Opposition to Defendant's Motion to Compel Arbitration and Stay Proceedings Pending Arbitration [ECF 31, at 2, n.2, and 12], and in her Response in Opposition to Lendmark's Supplemental Memorandum in Support of Motion to Compel Arbitration and Stay Proceedings Pending Arbitration [ECF 33, at 2]. This Court previously granted plaintiff's request on March 11, 2016 (ECF 41] and ordered that this case be set for trial by jury this Friday, May 20, 2016. To the extent it may be necessary or advisable to do so a fourth time, plaintiff hereby requests trial by jury.

1

Respectfully Submitted,

SANDRA M. DAVIS

By  */s/ Terry N. Grimes*
          Of Counsel

Terry N. Grimes, Esq., (VSB No. 24127)
Brittany M. Haddox, Esq. (VSB No. 86416)
TERRY N. GRIMES, ESQ., P.C.
320 Elm Avenue, SW
Roanoke, Virginia 24016
TELEPHONE:  (540) 982-3711
FACSIMILE:  (540) 345-6572
tgrimes@terryngrimes.com
bhaddox@terryngrimes.com
         Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May, 2016, a true and accurate copy of the foregoing was electronically filed with the Clerk of Court through the CM/ECF system, which will send notification to all counsel of record.

          /s/ *Terry N. Grimes*
          Terry N. Grimes