# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**SANDRA M. DAVIS**

vs.

**LENDMARK FINANCIAL SERVICES, LLC**

Action No: 7:15CV00131
Date: 5/17/2016
Judge: Michael F. Urbanski, USDJ
Court Reporter: Judy Webb
Deputy Clerk: Kristin Ayersman

| Plaintiff Attorney(s) | Defendant Attorney(s) |
|---|---|
| Terry Grimes, Brittany Haddox | Kevin Holden |

## LIST OF WITNESSES

| PLAINTIFF/GOVERNMENT: | DEFENDANT: |
|---|---|
| 1. | 1. |

PROCEEDINGS:
PTC – parties present by teleconference.
Court notes issue re jury instructions and whether this case should even be before a jury or not, noting Judge Moon's case, and wants to hear from counsel re jury v bench trial. Dft believes that Court is correct and does not belives Pltf has demanded a jury as Pltf states he has. Pltf states position that Judge Moon's opinion is wrongly decided and that language is unclear. Response from Dft. Court addresses parties and rules on record – will go forward with jury trial on Friday on ONE issue which is a credibility issue. Court notes pretrial conference set for 5/18/16 on every other issue.

Time: 10:04-10:26  22 mins