CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 15 2017

JULIA C. DUDLEY, CLERK
BY: T. Vellewin
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| SANDRA M. DAVIS, | ) | |
| Plaintiff, | ) | Case No. 7:15-cv-000131 |
| v. | ) | |
| LENDMARK FINANCIAL SERVICES, LLC, | ) | By: Hon. Michael F. Urbanski<br>Chief United States District Judge |
| Defendant. | ) | |

## ORDER

The parties to this case have received an arbitration award on the merits, and there are no claims left for the court to resolve. There currently being no pending motions or further business before the court, it is hereby **ORDERED** and **ADJUDGED** that this case is **DISMISSED** and **STRICKEN** from the active docket of the court; provided the court will consider an appropriate motion brought pursuant to 9 U.S.C. §§ 9, 13, should one be filed.

It is **SO ORDERED**.

Entered: 12/15/17

/s/ Michael F. Urbanski
Michael F. Urbanski
Chief United States District Judge